UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| RENEE E. EGOLF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-00300-JD-JPK |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This social security appeal was referred to the magistrate judge for preparation of a report and recommendation. The report and recommendation was entered on January 27, 2020, and more than fourteen days have passed without any objections being filed. The Court thus reviews the report and recommendation only for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The Court has conducted that review and finds no clear error. Accordingly, the Court ADOPTS the report and recommendation [DE 21], REVERSES the Commissioner's decision, and REMANDS this matter for further proceedings. The Clerk is DIRECTED to prepare a judgment for the Court's approval.

SO ORDERED.

ENTERED: February 12, 2020

                                                             /s/ JON E. DEGUILIO
                                                             Judge
                                                             United States District Court